# UNITED STATES DISTRICT COURT

_____ EASTERN _____  **District of**  _____ CALIFORNIA _____

| | |
|---|---|
| JENNY R. BALLIN,<br>      Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00394 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>  GRANTED.

    <u>X</u>  The clerk is directed to file the complaint.

    <u>X</u>  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   __1st__   day of   _____ June _____, __2009__ .

 

                                                /s/ Sandra M. Snyder
                                                Signature of Judicial Officer

                                                SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                Name and Title of Judicial Officer