IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY BALLIN, | ) | 1:09-cv-953 GSA |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 12) |
| | ) | |
| | ) | ORDER GRANTING THE PARTIES' |
| vs. | ) | JOINT REQUEST FOR EXTENSION |
| | ) | OF TIME |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    On May 22, 2009, Plaintiff filed the present action for judicial review of the denial of her Social Security benefits. On February 1, 2010, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to file an opening brief by January 18, 2010.

    On February 4, 2010, Plaintiff and Defendant filed a joint request that Plaintiff be given thirty days to file her opening brief. Plaintiff contends that her opening brief was not filed because Defendant had not timely responded to her confidential letter brief. The parties request that Plaintiff be given until March 8, 2010 to file her opening brief.

    Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was inadvertent. Accordingly, the order to show cause is hereby DISCHARGED. The parties' request for an extension of time is GRANTED. Plaintiff shall serve her opening brief no later than **March 8,**

1

1 | **2010.**  All other deadlines outlined in this Court's scheduling order dated June 2, 2009, remain in
2 | effect.
3 |     IT IS SO ORDERED.
4 |     Dated:   **February 5, 2010**              /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2