IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY R. BALLIN, | ) | 1:09-cv-953 GSA |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 16) |
| | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| | ) | REQUEST FOR EXTENSION OF TIME TO |
| vs. | ) | FILE AN OPPOSITION BRIEF |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 22, 2009, Plaintiff filed the present action for judicial review of the denial of her Social Security benefits. On April 20, 2010, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to Plaintiff's opening brief by April 5, 2010.

On April 20, 2010, Defendant filed a response to the order to show cause and requested a thirty day extension of time to file the opposition. In the response, Defendant's counsel explained that the brief was not timely filed because counsel had mistakenly scheduled the filing date for a later date. Defendant's counsel has requested a thirty day extension of time to file an opposition and represented that he has contacted Plaintiff's counsel who advised that Plaintiff does not oppose the request.

1

1   Based on the foregoing, it appears that Defendant's failure to file an opposition brief was
2   inadvertent. Accordingly, the order to show cause is hereby DISCHARGED. Defendant's request
3   for an extension of time is GRANTED. Defendant shall serve the opposition brief no later than **May
4   21, 2010.** Plaintiff's reply shall be due within fifteen days after Defendant files the opposition brief.
5   Further requests for extensions of time by Defendant will not be granted absent a showing of good
6   cause.
7   IT IS SO ORDERED.
8      **Dated:**   **April 22, 2010**             /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE