**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JENNY R. BALLIN,                                     ) Case No.: 1:09-cv-00953-GSA
                                                    )
                    Plaintiff,                       ) ORDER AWARDING EQUAL
                                                    ) ACCESS TO JUSTICE ACT
        vs.                                          ) ATTORNEY FEES AND EXPENSES
                                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                                   ) AND COSTS PURSUANT TO 28
Commissioner of Social Security,                     ) U.S.C. § 1920
                                                    )
                    Defendant                        )
                                                    )
_____ )

        The Court has reviewed parties' Stipulation for the Award and Payment of

Equal Access to Justice Act Fees, Costs, and Expenses filed on December 2, 2010

and adopts the stipulation.

        Accordingly, IT IS ORDERED that fees and expenses in the amount of

$4,271.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00)

as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the

Stipulation filed on December 2, 2010 (Doc. 23).

IT IS SO ORDERED.

    Dated:   **December 3, 2010**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

-1-